UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                      :

PATRICK DONOHUE, individually and as Parent and   :
Natural Guardian of S.J.D.,                 :
                      :

               Plaintiff,       :          26-CV-5329 (JMF)
                      :

       -v-                  :          ORDER
                      :

KAMAR H. SAMUELS et al.,         :
                      :

             Defendants.    :
                      :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

For the reasons stated on the record at the conference held earlier today and pursuant to Rule 65(b) of the Federal Rule of Civil Procedure, Plaintiffs' motion for a temporary restraining order ("TRO"), *see* ECF NO. 6, is GRANTED.  More specifically, Defendants are hereby DIRECTED to maintain, implement, and fund S.J.D.'s pendency placement consistent with the payment obligations set forth in the student's enrollment contract no later than 35 days from July 1, 2026 (*i.e.*, August 5, 2026).  That said, the Court anticipates resolving Plaintiffs' motion for a preliminary injunction before the 35-day period expires and emphasizes that Defendants are not obligated to make any payment until the deadline.  For avoidance of doubt, the Court notes that if it denies the motion for the preliminary injunction and vacates the TRO before expiration of the 35-day period, this Order would not require Defendants to make any payments they had not already made.  On consent of the parties, this Order applies to all cases involving students enrolled at the International Institute for the Brain ("iBrain") in this District that were assigned or reassigned to the undersigned since June 24, 2026.

To facilitate the timely disposition of the preliminary injunction motions in all of these

cases, the parties are hereby ORDERED to meet and confer in good faith and, **no later than tomorrow at 5 p.m.**, file a joint letter addressing: (1) a process and schedule to resolve any disputes over whether iBrain is the appropriate placement for the students at issue; (2) the scope and schedule of limited discovery; (3) a schedule for briefing of the preliminary injunction motions; and (4) the date, duration, and format of a preliminary injunction hearing, if any. **Unless and until the Court orders otherwise, any such hearing would be held on either or both July 30 and August 3, 2026.**

SO ORDERED.

Dated: June 30, 2026
New York, New York

_____
JESSE M. FURMAN
United States District Judge

2