UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                      :

PATRICK DONOHUE, individually and as Parent and   :
Natural Guardian of S.J.D.,
                                        :

                Plaintiffs,        :          26-CV-5329 (JMF)

                                        :

        -v-                    :            ORDER

                                        :

KAMAR H. SAMUELS et al.,              :

                                        :

                Defendants.      :

                                        :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The process and schedule that the parties proposed for this case and the others consolidated with it (for purposes of resolving the motions for preliminary injunctions), *see* ECF No. 19, is hereby adopted, albeit with the modifications (indicated in **bold**) set forth in the table below.  As for the parties' dispute about depositions of Plaintiffs, *see id.* at 2-3, the Court agrees with Defendants that depositions are appropriate, but is inclined to think that it is unnecessary and disproportionate to the needs of these cases for present purposes, for Defendants to depose every single Plaintiff.  Accordingly, unless and until the Court orders otherwise, Defendants may:

(1) depose Patrick Donohue and three other Plaintiffs of their choosing, with the latter depositions limited to two hours each and all such depositions to be completed by **July 17, 2026**; and

(2) **within two days of the final deposition**, serve interrogatories on the other Plaintiffs, not to exceed seven questions and limited to issues surrounding Plaintiffs' understanding of, and involvement in the creation of, the contracts at issue, which each Plaintiff shall answer **within seven days**.

If either side objects to the foregoing, the parties shall promptly confer and, no later than **July 6, 2026**, file a joint letter concerning the issue.

| Date | Event |
|---|---|
| July 2, 2026 | Defendants serve limited discovery demands. |
| July 9, 2026 | Responses to discovery demands due (through counsel); parties meet and confer re: placements. |
| July 10, 2026 **by 5 p.m.** | Parties to file joint status report on results of the meet-and-confer and propose dates for any briefing related to the pendency entitlements of the Student-Plaintiffs at issue here. |
| **July 13, 2026** | Plaintiffs supplement motion papers, in lieu of a new motion, based on proceedings to date. **Any supplemental memorandum of law may not exceed 3,500 words.** |
| **July 21, 2026** | Defendants file opposition to PI motion and any cross-motion to dismiss. **Memorandum of law not to exceed 8,500 words.** |
| **July 23, 2026** | Parties file further joint letter re format of any hearing. |
| **July 24, 2026** | Plaintiffs' Reply in support of PI motion and opposition to any motion to dismiss. **Memorandum of law not to exceed 3,750 words, unless Defendants file a cross-motion, in which case the limit will be 8,500 words.** |
| **July 27, 2026** | Defendants file reply, if any, in support of any motion to dismiss. **Memorandum of law not to exceed 3,750 words.** |
| **July 28, 2026 at 11 a.m.** | **In-person pre-hearing conference** |
| July 30, 2026 **at 9 a.m.** | Preliminary injunction hearing, if any (expected fewer than 8 hours). |

SO ORDERED.

Dated: July 2, 2026
      New York, New York

                                  JESSE M. FURMAN
                                United States District Judge