| Case Name | Docket | Date of First Filing | Undisputed that iBrain is Pendency Placement? (Y/N) | If yes, basis for Pendency Placement (e.g., FOFD #, SRO #), including relevant ECF citations, if any | If no, Plaintiffs' Theory of Placement (Operative Placement / Other Legal Source) | If Other Legal Source, List the Source (e.g., Pendency Order, FOFD #, SRO #), including relevant ECF citations, if any | If disputed, Plaintiffs' Basis for Pendency in iBrain (1-2 sentences max), including relevant ECF citations, if any | If disputed, DOE's Response (1-2 sentences max), including relevant ECF citations, if any |
|---|---|---|---|---|---|---|---|---|
| Donohue et al v. Samuels et al | 1:26-cv-05329-JMF | 06/24/26 | Yes | FOFD 277140 | | | | For each student here whom the parties agree has a prior unappealed order placing them at iBrain, DOE contests those placements for the 2026-2027 school year as set forth in its Memorandum of Law in Support (ECF No. 39). |
| Carrillo et al v. Samuels et al | 1:26-cv-05330-JMF | 06/24/26 | Yes | SRO 23-272 | | | | |
| Neilson et al v. Samuels et al | 1:26-cv-05331-JMF | 06/24/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | Defendant relies on its arguments as set forth in its supplemental motion in opposition to Plaintiffs' request for emergency relief, ECF No. 43, for each student seeking pendency pursuant to a theory of "operative placement." |
| Mondano et al v. Samuels et al | 1:26-cv-05332-JMF | 06/24/26 | Yes | SRO 23-312 (ECF 32) | | | | |
| Moonsammy et al v. Samuels et al | 1:26-cv-05333-JMF | 06/25/26 | Yes | FOFD 295727 | | | | |
| Talley et al v. Samuels et al | 1:26-cv-05334-JMF | 06/25/26 | No | | Other Legal Source | Findings of Fact and Decision | FOFD 246205 is A.C.T.'s latest final order constitutive of an operative agreement, and FOFD 277096, is not final as it was appealed before the OSR (SRO Case No. 26-022), which has not rendered a decision. Plaintiff mistakenly included FOFD 277096 as the formal basis of pendency, and apologizes to the Court for the confusion this may have caused, but based her argument on pendency rightfully acquired under FOFD 246205's continuing status as A.C.T.'s operative agreement. | Plaintiffs' proposed order on pendency (ECF No. 7-1, p.32) states that pendency lies in an unappealed FOFD issued in IHO Case No. 277096, which denied all relief and postdates the FOFD issued in Case No. 246205 |
| Juca v. Samuels et al | 1:26-cv-05336-JMF | 06/25/26 | Yes | SRO 24-610 | | | | |
| Juca v. Samuels et al | 1:26-cv-05337-JMF | 06/25/26 | Yes | FOFD 293354 | | | | |
| Davis v. Samuels et al | 1:26-cv-05338-JMF | 06/25/26 | Yes | SRO 23-302 | | | | |
| Larach Cohen v. Samuels et al | 1:26-cv-05339-JMF | 06/25/26 | Yes | FOFD 277178 | | | | |
| Ogunleye v. Samuels et al | 1:26-cv-05340-JMF | 06/25/26 | Yes | FOFD 251168 | | | | |
| Abreu v. Samuels et al | 1:26-cv-05341-JMF | 06/25/26 | Yes | FOFD 293325 | | | | |
| Kabba v. Samuels et al | 1:26-cv-05342-JMF | 06/25/26 | No | | Other Legal Source | Order on Pendency 275761 | Plaintiff relies on OP 275761 as the basis for pendency because that order established the student's then-current educational placement which continues during all administrative and judicial proceedings unless the parties agree otherwise or a subsequent legally operative decision changes it, and rejected the argument that O.F.'s pendency lies in the August 22, 2023 CPSE IEP. DOE identifies no agreement, unappealed IHO decision, parent-favorable SRO decision, or court order that has displaced the pendency placement established in OP 275761. | Defendant contends that a prior interim order on pendency cannot form the basis of pendency for a future school year, and that Plaintiff Kabba's last agreed upon placement is a CPSE IEP developed on August 22, 2023 |
| Leger v. Samuels et al | 1:26-cv-05343-JMF | 06/25/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| Paul v. Samuels et al | 1:26-cv-05344-JMF | 06/25/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| Hidalgo et al v. Samuels et al | 1:26-cv-05345-JMF | 06/25/26 | Yes | FOFD 251061 (ECF 32) | | | | |
| Fiallos v. Samuels et al | 1:26-cv-05346-JMF | 06/25/26 | Yes | FOFD 277274 | | | | |
| Blyumin et al v. Samuels et al | 1:26-cv-05371-JMF | 06/25/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| De Paulino et al v. Samuels et al | 1:26-cv-05372-JMF | 06/25/26 | Yes | SRO 24-289 | | | | |
| Crespo et al v. Samuels | 1:26-cv-05373-JMF | 06/25/26 | Yes | SRO 24-428 (confirming FOFD 271898) (ECF 32) | | | | |
| Grullon et al v. Samuels et al | 1:26-cv-05376-JMF | 06/25/26 | Yes | FOFD 277158 | | | | |
| Crosley et al v. Samuels et al | 1:26-cv-05378-JMF | 06/25/26 | Yes | FOFD 277285 as amended by SRO 25-499 | | | | |
| Lummayos et al v. Samuels et al | 1:26-cv-05400-JMF | 06/25/26 | Yes | SRO 25-125 | | | | |
| Gordon et al v. Samuels et al | 1:26-cv-05401-JMF | 06/25/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| Frias v. Samuels et al | 1:26-cv-05403-JMF | 06/25/26 | Yes | FOFD 277101 as amended by 24-604 | | | | |
| Mejia v. Samuels et al | 1:26-cv-05404-JMF | 06/25/26 | Yes | FOFD 251092 | | | | |
| Peralta et al v. Samuels et al | 1:26-cv-05405-JMF | 06/25/26 | Yes | FOFD 275795 | | | | |
| De Los Santos et al v. Samuels et al | 1:26-cv-05406-JMF | 06/25/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| Otero v. Samuels et al | 1:26-cv-05409-JMF | 06/25/26 | Yes | SRO 24-444 | | | | |
| Archibald v. Samuels et al | 1:26-cv-05410-JMF | 06/25/26 | Yes | SRO 24-028 | | | | |
| Mendez et al v. Samuels | 1:26-cv-05430-JMF | 06/26/26 | Yes | FOFD 277023 (as modified by SRO 24-476) | | | | |
| Lee et al v. Samuels et al | 1:26-cv-05431-JMF | 06/26/26 | Yes | SRO 24-323 (ECF 32) | | | | |
| Bird et al v. Samuels et al | 1:26-cv-05465-JMF | 06/27/26 | Yes | FOFD 277039 as to tuition funding (unappealed FOFD as to tuition only) and FOFD 228745 as to transportation and nursing (ECF 32) | | | | |
| Varela et al v. Samuels et al | 1:26-cv-05484-JMF | 06/29/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| Diaz et al v. Samuels et al | 1:26-cv-05500-JMF | 06/29/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| King et al v. Samuels et al | 1:26-cv-05501-JMF | 06/29/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| Joseph et al v. Samuels et al | 1:26-cv-05503-JMF | 06/29/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| Popovychenko et al v. Samuels et al | 1:26-cv-05602-JMF | 07/01/26 | Yes | SRO 25-055 | | | | |
| Beckford et al v. Samuels et al | 1:26-cv-05603-JMF | 07/01/26 | Yes | FOFD 277132 (see OP 296879) | | | | |
| Cornett et al v. Samuels et al | 1:26-cv-05609-JMF | 07/01/26 | No | | Other Legal Source | SRO 23-235 | SRO Decision 23-235 is J.B.'s latest final order constituting an operative agreement, while FOFD 277050, which was appealed before the OSR in SRO Decision 24-634, is not final because SRO Decision 24-634 has been further appealed to this Court in Cornett et al. v. Aviles-Ramos et al., 25-cv-07244, where the matter remains pending. Accordingly, FOFD 277050 cannot serve as the basis for J.B.'s pendency; Plaintiff mistakenly included FOFD 277050 as the formal basis of pendency, and apologizes to the Court for the confusion this may have caused, but based her argument on pendency rightfully acquired under SRO 23-235's continuing status as J.B.'s operative agreement. | Plaintiffs' proposed order on Pendency (ECF No. 7-1 p.39) states that pendency lies in an unappealed FOFD issued in IHO Case NO. 277050, which post-dates SRO 23-235 decision and denied all relief |
| Desir et al v. Samuels et al | 1:26-cv-05610-JMF | 07/01/26 | Yes | FOFD 277913 | | | | |
| Davis et al v. Samuels et al | 1:26-cv-05611-JMF | 07/01/26 | Yes | SRO 24-432 | | | | |
| Rivas et al v. Samuels et al | 1:26-cv-05612-JMF | 07/01/26 | Yes | FOFD 295880 | | | | |
| Devore et al v. Samuels et al | 1:26-cv-05631-JMF | 07/01/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| De La Cruz et al v. Samuels et al | 1:26-cv-05636-JMF | 07/01/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| Vasquez et al v. Samuels et al | 1:26-cv-05637-JMF | 07/01/26 | Yes | FOFD 277155 | | | | |
| Nicholls et al v. Samuels et al | 1:26-cv-05638-JMF | 07/02/26 | Yes | SRO 23-100 | | | | |
| Bautista et al. v. Samuels et al. | 1:26-cv-05639-JMF | 07/01/26 | Yes | SRO 23-131 | | | | |
| Vidal v. Samuels et al | 1:26-cv-05640-JMF | 07/01/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| Ramirez et al v. Samuels et al | 1:26-cv-05641-JMF | 07/02/26 | No | | Operative Placement (ECF 32) | | Plaintiff relies on the arguments set out in her supplemental motion [ECF No. 43] and reply [ECF No.46] for each student seeking pendency on the basis of their operative placement at iBRAIN. | |
| Moreta et al v. Samuels et al | 1:26-cv-05665-JMF | 07/02/26 | Yes | SRO 25-150 | | | | |
| Zafrani et al v. Samuels et al | 1:26-cv-05761-JMF | 07/07/26 | Yes | SRO 25-688 | | | | |
| Ramos et al v. Samuels et al | 1:26-cv-05762-JMF | 07/07/26 | Yes | SRO 24-543 | | | | |
| Mason et al v. Samuels et al | 1:26-cv-05871-JMF | 07/10/26 | Yes | SRO 23-224 | | | | |