UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

PATRICK DONOHUE, individually and as Parent and

Natural Guardian of S.J.D., et al,

     Plaintiff,

                   -against-                           26-cv-05329 (JMF)

KAMAR H. SAMUELS et al.,

     Defendants.

-------------------------------------------------------------------X

## NOTICE OF APPEAL

## TO THE UNITED STATES COURT OF APPEALS

## FOR THE SECOND CIRCUIT

Pursuant to Fed. R. App. P. (3)(1) and 4(a), notice is hereby given that Plaintiff PATRICK

DONOHUE, as Parent and Natural Guardian of S.J.D., respectively and individually, as well as

the other 53 Plaintiffs listed in the Appendix [Dkt. No. 54 at 4-5] appeals to the United States

Court of Appeals for the Second Circuit.

The Plaintiffs appeals from the Order of the Hon. Jesse M. Furman, U.S.D.J., dated July 31,

2026 [Dkt. No. 54], which Order, among other things, denied  Plaintiff's, motion for a

Preliminary Injunction and vacated the Temporary Restraining Order issued June 30, 2026.

Dated: August 2, 2026

                                        /s/ Jeffery Arlen Spinner
                                        Jeffery Arlen Spinner
                                        Liberty and Freedom Legal Group, Ltd
                                        105 East 34th Street, #190
                                        New York, NY 10016
                                        Jeff@pabilaw.org
                                        (646) 850-5035