

**THE CITY OF NEW YORK**
# LAW DEPARTMENT

**STEVEN BANKS**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**Thomas Lindeman**
Phone: (212) 356-0418
tlindema@law.nyc.gov

August 7, 2026

**BY ECF**
Hon. Jesse M. Furman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Donohue, et al v. Samuels, et al,* 26-cv-5329 (JMF)

Dear Judge Furman:

I am a Senior Counsel in the office of Corporation Counsel Steven Banks, attorney for Defendants in the above-referenced action.

I write on behalf of both parties in connection with the Court's July 31, 2026 Order (ECF No. 54) to request a brief extension of the parties' time to file a joint status letter to Monday, August 10, 2026. Plaintiffs' counsel has informed Defendants that they are unavailable to meet and confer or provide input on a joint status letter until that date.

Thus, the parties request that their time to file a joint status letter be extended to August 10, 2026.

Thank you for Your Honor's consideration.

Respectfully,

/s_____
Thomas Lindeman
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Cc: all attorneys of record (via ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 61.

SO ORDERED.

August 10, 2026