UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK DONOHUE, individually and as Parent and Natural Guardian of S.J.D.,

Plaintiffs,

-v-

KAMAR H. SAMUELS et al.,

Defendants.

26-CV-5329 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On August 20, 2026, Plaintiffs filed their opposition to the DOE's motion, ECF No. 65, for reconsideration and/or an indicative ruling pursuant to Rule 62.1 of the Federal Rules of Civil Procedure. *See* ECF No. 67. The DOE is hereby directed to file a reply, not to exceed 8,750 words, **by no later than September 3, 2026**.[1] In its reply, the DOE should address, among other things,: (1) whether, absent a cross-appeal, the Second Circuit has the authority to remand Plaintiffs Nicholls and Peralta's appeals back to this Court to rule on any motion to modify their preliminary injunctions; and (2) depending on the answer to that question, whether this Court should rule on the motion or "defer considering the motion" until the Second Circuit rules on a motion to remand or decides the pending appeals. FED. R. CIV. P. 62.1.

SO ORDERED.

Dated: August 21, 2026
New York, New York

JESSE M. FURMAN
United States District Judge

[1] Given the nature and volume of arguments raised in Plaintiffs' opposition, the Court exercises its discretion pursuant to Local Rule 7.1 to expand the word limit for DOE's reply.