**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————X

PATRICK DONOHUE, et al.,

Plaintiffs,

-against-

KAMAR H. SAMUELS, et al.,

Defendants.

———————————————————————X

26-CV-5329 (JMF)
(See Attached List of Cases)

**NOTICE OF EMERGENCY MOTION TO STAY PORTIONS OF ECF NO. 68 PENDING DISPOSITION OF THE COMPANION VACATUR MOTION AND THE PENDING APPEALS**

PLEASE TAKE NOTICE that, upon the accompanying Plaintiffs' Memorandum of Law in Support of Emergency Motion to Stay Portions of ECF No. 68, dated August 24, 2026, the pleadings and proceedings in this action, including ECF Nos. 54, 56, 64, 67, and 68, and such other matters as the Court may properly consider, Plaintiffs, by their undersigned counsel, will move this Court before the Honorable Jesse M. Furman, United States District Judge, at a date and time to be set by the Court, pursuant to Federal Rule of Civil Procedure 62(d), Federal Rule of Appellate Procedure 8(a)(1), and the Court's authority to preserve the appellate status quo, for an Order granting the following relief:

**1.** Staying ECF No. 68 in full insofar as it addresses, supplements, explains, relies upon, implements, or otherwise relates to the preliminary-injunction rulings embodied in ECF Nos. 54 and 56, including interconnected factual findings, legal conclusions, reasoning, and directives bearing on those appealed rulings, while leaving wholly independent portions of ECF No. 68 untouched;

**2.** Holding the PI-related portions of ECF No. 68 in abeyance pending disposition of Plaintiffs' companion Motion to Vacate, any resulting proceedings under Federal Rule of Civil

Procedure 62.1 and Federal Rule of Appellate Procedure 12.1, the pending appeals concerning ECF Nos. 54 and 56, and further order of this Court or the Second Circuit;

**3.** Preserving ECF Nos. 54 and 56 and the appellate status quo without independently altering those appealed preliminary-injunction rulings or compelling any disputed substantive relief; and

**4.** Granting such other and further relief as the Court deems just and proper to preserve Plaintiffs' rights and the Second Circuit's appellate jurisdiction.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 7.1, Plaintiffs submit the accompanying Memorandum of Law in support of this motion. Plaintiffs seek this stay first from the district court as contemplated by Federal Rule of Appellate Procedure 8(a)(1).

Dated: August 24, 2026
New York, New York

Respectfully submitted,

**LIBERTY & FREEDOM LEGAL GROUP, LTD.**
Attorneys for Plaintiffs

By: /s/ Jeffrey Arlen Spinner
Jeffrey Arlen Spinner, Esq.
105 East 34th Street, Suite 190
New York, New York 10016
Telephone: (646) 850-5035
Email: jeff@pabilaw.org

TO: All counsel of record via ECF

Complete list Case Names and Index Numbers:

1. Donohue et al. v. Samuels et al., 1:26-cv-05329-JMF
2. Carrillo et al. v. Samuels et al., 1:26-cv-05330-JMF
3. Mondano et al. v. Samuels et al., 1:26-cv-05332-JMF
4. Moonsammy et al. v. Samuels et al., 1:26-cv-05333-JMF
5. Juca v. Samuels et al., 1:26-cv-05336-JMF
6. Juca v. Samuels et al., 1:26-cv-05337-JMF
7. Davis v. Samuels et al., 1:26-cv-05338-JMF
8. Larach Cohen v. Samuels et al., 1:26-cv-05339-JMF
9. Ogunleye v. Samuels et al., 1:26-cv-05340-JMF
10. Abreu v. Samuels et al., 1:26-cv-05341-JMF
11. Hidalgo et al. v. Samuels et al., 1:26-cv-05345-JMF
12. Fiallos v. Samuels et al., 1:26-cv-05346-JMF
13. De Paulino et al. v. Samuels et al., 1:26-cv-05372-JMF
14. Crespo et al. v. Samuels , 1:26-cv-05373-JMF
15. Grullon et al. v. Samuels et al., 1:26-cv-05376-JMF
16. Crosley et al. v. Samuels et al., 1:26-cv-05378-JMF
17. Lummayos et al. v. Samuels et al., 1:26-cv-05400-JMF
18. Frias v. Samuels et al., 1:26-cv-05403-JMF
19. Mejia v. Samuels et al., 1:26-cv-05404-JMF
20. Peralta et al. v. Samuels et al., 1:26-cv-05405-JMF
21. Otero v. Samuels et al., 1:26-cv-05409-JMF
22. Archibald v. Samuels et al., 1:26-cv-05410-JMF
23. Mendez et al. v. Samuels , 1:26-cv-05430-JMF
24. Lee et al. v. Samuels et al., 1:26-cv-05431-JMF
25. Bird et al. v. Samuels et al., 1:26-cv-05465-JMF
26. Popovychenko et al. v. Samuels et al., 1:26-cv-05602-JMF
27. Beckford et al. v. Samuels et al., 1:26-cv-05603-JMF
28. Desir et al. v. Samuels et al., 1:26-cv-05610-JMF
29. Davis et al. v. Samuels et al., 1:26-cv-05611-JMF
30. Rivas et al. v. Samuels et al., 1:26-cv-05612-JMF
31. Vasquez et al. v. Samuels et al., 1:26-cv-05637-JMF
32. Nicholls et al. v. Samuels et al., 1:26-cv-05638-JMF
33. Bautista et al. v. Samuels et al. , 1:26-cv-05639-JMF
34. Moreta et al. v. Samuels et al., 1:26-cv-05665-JMF
35. Zafrani et al. v. Samuels et al., 1:26-cv-05761-JMF
36. Ramos et al. v. Samuels et al., 1:26-cv-05762-JMF
37. Mason et al. v. Samuels et al., 1:26-cv-05871-JMF
38. Talley et al. v. Samuels et al., 1:26-cv-05334-JMF
39. Cornett et al. v. Samuels et al., 1:26-cv-05609-JMF
40. Neilson et al. v. Samuels et al., 1:26-cv-05331-JMF
41. Leger v. Samuels et al., 1:26-cv-05343-JMF
42. Paul v. Samuels et al., 1:26-cv-05344-JMF
43. Blyumin et al. v. Samuels et al., 1:26-cv-05371-JMF
44. Gordon et al. v. Samuels et al., 1:26-cv-05401-JMF
45. De Los Santos et al. v. Samuels et al., 1:26-cv-05406-JMF
46. Varela et al. v. Samuels et al., 1:26-cv-05484-JMF
47. Diaz et al. v. Samuels et al., 1:26-cv-05500-JMF
48. King et al. v. Samuels et al., 1:26-cv-05501-JMF
49. Joseph et al. v. Samuels et al., 1:26-cv-05503-JMF
50. Devore et al. v. Samuels et al., 1:26-cv-05631-JMF
51. De La Cruz et al. v. Samuels et al., 1:26-cv-05636-JMF
52. Vidal v. Samuels et al., 1:26-cv-05640-JMF
53. Ramirez v. Samuels et al., 1:26-cv-05641-JMF
54. Kabba v. Samuels et al., 1:26-cv-05342-JMF