**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---X

PATRICK DONOHUE, et al.,

Plaintiffs,

-against-

KAMAR H. SAMUELS, et al.,

Defendants.

---X

26-CV-5329 (JMF)
(List of Cases Attached)

# NOTICE OF PLAINTIFFS' MOTION FOR INDICATIVE RULING UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Jeffrey A. Spinner, the Declaration of Neil Faber, all pleadings and prior proceedings herein, and the record before the Court, Plaintiffs will move, pursuant to Federal Rule of Civil Procedure 62.1, before the Honorable Jesse M. Furman, United States District Judge, at a date and time to be determined by the Court, for an Order:

1. **Stating that, if the Second Circuit remands the relevant aspects of ECF No. 54 for the Court to grant substantive relief, the Court would grant targeted relief necessary to restore and preserve the Students' pendency protections in light of the record and material post-order developments described in Plaintiffs' accompanying submissions, or, at minimum, that this motion raises substantial issues;**
2. **Stating that, on remand, the Court could vacate or modify the relevant portions of ECF No. 54 concerning transportation, implementation through DOE's "ordinary payment procedures," the limitation of 2026–2027 pendency funding to prior-year amounts, and the effect of vacating the June 30 TRO on continued access to the Students' pendency placements, and could restore the corresponding protections**

**afforded by the June 30 TRO or grant such other relief as is necessary to preserve the Students' pendency rights while appellate proceedings continue; and**

3. **If the Court issues an indicative ruling under Rule 62.1(a)(3), directing Plaintiffs to promptly notify the Second Circuit pursuant to Federal Rule of Appellate Procedure 12.1 and seek an appropriate limited remand for this Court to act.**

Dated: August 27, 2026
New York, New York

Respectfully submitted,

**LIBERTY & FREEDOM LEGAL GROUP, LTD.**
Attorneys for Plaintiffs

By: **/s/ Jeffrey A. Spinner**
Jeffrey A. Spinner, Esq.
105 East 34th Street, Suite 190
New York, New York 10016
Telephone: (646) 850-5035
Email: jeff@pabilaw.org

**Complete list Case Names and Index Numbers:**

1. Donohue et al. v. Samuels et al., 1:26-cv-05329-JMF
2. Carrillo et al. v. Samuels et al., 1:26-cv-05330-JMF
3. Mondano et al. v. Samuels et al., 1:26-cv-05332-JMF
4. Moonsammy et al. v. Samuels et al., 1:26-cv-05333-JMF
5. Juca v. Samuels et al., 1:26-cv-05336-JMF
6. Juca v. Samuels et al., 1:26-cv-05337-JMF
7. Davis v. Samuels et al., 1:26-cv-05338-JMF
8. Larach Cohen v. Samuels et al., 1:26-cv-05339-JMF
9. Ogunleye v. Samuels et al., 1:26-cv-05340-JMF
10. Abreu v. Samuels et al., 1:26-cv-05341-JMF
11. Hidalgo et al. v. Samuels et al., 1:26-cv-05345-JMF
12. Fiallos v. Samuels et al., 1:26-cv-05346-JMF
13. De Paulino et al. v. Samuels et al., 1:26-cv-05372-JMF
14. Crespo et al. v. Samuels , 1:26-cv-05373-JMF
15. Grullon et al. v. Samuels et al., 1:26-cv-05376-JMF
16. Crosley et al. v. Samuels et al., 1:26-cv-05378-JMF
17. Lummayos et al. v. Samuels et al., 1:26-cv-05400-JMF
18. Frias v. Samuels et al., 1:26-cv-05403-JMF
19. Mejia v. Samuels et al., 1:26-cv-05404-JMF
20. Peralta et al. v. Samuels et al., 1:26-cv-05405-JMF
21. Otero v. Samuels et al., 1:26-cv-05409-JMF
22. Archibald v. Samuels et al., 1:26-cv-05410-JMF
23. Mendez et al. v. Samuels , 1:26-cv-05430-JMF
24. Lee et al. v. Samuels et al., 1:26-cv-05431-JMF
25. Bird et al. v. Samuels et al., 1:26-cv-05465-JMF
26. Popovychenko et al. v. Samuels et al., 1:26-cv-05602-JMF
27. Beckford et al. v. Samuels et al., 1:26-cv-05603-JMF
28. Desir et al. v. Samuels et al., 1:26-cv-05610-JMF
29. Davis et al. v. Samuels et al., 1:26-cv-05611-JMF
30. Rivas et al. v. Samuels et al., 1:26-cv-05612-JMF
31. Vasquez et al. v. Samuels et al., 1:26-cv-05637-JMF
32. Nicholls et al. v. Samuels et al., 1:26-cv-05638-JMF
33. Bautista et al. v. Samuels et al. , 1:26-cv-05639-JMF
34. Moreta et al. v. Samuels et al., 1:26-cv-05665-JMF
35. Zafrani et al. v. Samuels et al., 1:26-cv-05761-JMF
36. Ramos et al. v. Samuels et al., 1:26-cv-05762-JMF
37. Mason et al. v. Samuels et al., 1:26-cv-05871-JMF
38. Talley et al. v. Samuels et al., 1:26-cv-05334-JMF
39. Cornett et al. v. Samuels et al., 1:26-cv-05609-JMF
40. Neilson et al. v. Samuels et al., 1:26-cv-05331-JMF
41. Leger v. Samuels et al., 1:26-cv-05343-JMF
42. Paul v. Samuels et al., 1:26-cv-05344-JMF
43. Blyumin et al. v. Samuels et al., 1:26-cv-05371-JMF
44. Gordon et al. v. Samuels et al., 1:26-cv-05401-JMF
45. De Los Santos et al. v. Samuels et al., 1:26-cv-05406-JMF
46. Varela et al. v. Samuels et al., 1:26-cv-05484-JMF
47. Diaz et al. v. Samuels et al., 1:26-cv-05500-JMF
48. King et al. v. Samuels et al., 1:26-cv-05501-JMF
49. Joseph et al. v. Samuels et al., 1:26-cv-05503-JMF
50. Devore et al. v. Samuels et al., 1:26-cv-05631-JMF
51. De La Cruz et al. v. Samuels et al., 1:26-cv-05636-JMF
52. Vidal v. Samuels et al., 1:26-cv-05640-JMF
53. Ramirez v. Samuels et al., 1:26-cv-05641-JMF
54. Kabba v. Samuels et al., 1:26-cv-05342-JMF