UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK DONOHUE, individually and as Parent and Natural Guardian of S.J.D., Plaintiffs, -v- KAMAR H. SAMUELS et al., Defendants. | 26-CV-5329 (JMF) (and all consolidated cases) ORDER |

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that all parties appear for a conference with the Court on **September 2, 2026 at 2:45 p.m.**, in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. The parties should be prepared to discuss all pending motions in this case, including Plaintiffs' recently filed motion for an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1, *see* ECF No 75. More specifically, the parties should be prepared to discuss: (1) the status of proceedings before the Second Circuit; (2) whether and how briefing on Plaintiffs' most recent motion should be coordinated with briefing on Plaintiffs' pending motions to stay and vacate portions of the Court's August 21, 2026 Opinion and Order; (3) whether and to what extent the DOE has complied with the Court's orders regarding the provision of transportation services for E.D.R. and the children of all other Undisputed iBrain Plaintiffs; (4) all students' current pendency placements and the status of any pendency payments in light of iBrain's continued closure; and (5) whether any party plans to file any additional motions and, if so, the anticipated timelines for such filings.

SO ORDERED.

Dated: August 28, 2026
New York, New York

JESSE M. FURMAN
United States District Judge