UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PATRICK DONOHUE, individually and as Parent and Natural Guardian of S.J.D., Plaintiffs, -v- KAMAR H. SAMUELS et al., Defendants. | : | 26-CV-5329 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

As stated on the record during the conference held earlier today:

- The **September 10, 2026** and **September 17, 2026 deadlines** for filing a consolidated opposition and reply with respect to Plaintiffs' pending motions to stay and vacate, *see* ECF Nos. 70, 72, remain in effect. *See* ECF No. 74.

- **No later than September 4, 2026**, Plaintiffs shall file a letter indicating whether they intend to move for additional relief (indicative or otherwise) with respect to the Court's August 21, 2026 Opinion and Order. If they intend to seek such relief through a Rule 62.1 motion, they should withdraw the pending motion, *see* ECF No. 75, without prejudice to refiling a new motion with all relevant arguments at a later date. Subject to adjustment if the pending Rule 62.1 motion is withdrawn, the DOE shall file any opposition to that motion **no later than September 18, 2026**, and any reply shall be filed **no later than September 25, 2026**.

- **No later than September 16, 2026**, the DOE shall provide two spreadsheets (either as separate files or as two tabs in the same file) to Plaintiffs' counsel providing its position on the status of its compliance with the Court's orders with respect to transportation services and pendency payments for each of the Undisputed iBrain Plaintiffs. Specifically, each spreadsheet should contain a row for each of the 37 Undisputed iBrain Plaintiffs and the DOE should fill in the following columns:

    - For the Transportation Services Spreadsheet:

        - The transportation services to which the student is entitled (i.e., based on the last unappealed administrative order).

        - Whether the DOE created a concrete, student-specific plan to provide

those services by August 14, 2026.

- The service provider the DOE has contracted with (if any) to provide those services.

- The date and form of any outreach from the DOE/OPT to the student's parents to communicate the offered services.

- Any response the DOE has received from the parents or Plaintiffs' counsel, including the date(s) of such response(s).

- For the Pendency Payments Spreadsheet:

  - The administrative status of each Plaintiff's request for pendency payments (e.g., whether a pay memo has been prepared and its contents, whether payments have been made, etc.).

  - What outstanding documentation, if any, is required to make payments.

  - What, if any, outreach has been made to the parents or Plaintiffs' counsel with respect to the required documentation, including the date and form of that outreach.

  - Any documentation or response the DOE has received from the parents or Plaintiffs' counsel, including the date(s) of such response(s).

- Plaintiffs shall add one column to each spreadsheet with their responses to the DOE's information and, **no later than September 18, 2026**, the parties shall jointly file PDF versions of both spreadsheets on the docket and email native copies in ".xlsx" format to the Chambers inbox: Furman_NYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: September 2, 2026
New York, New York

JESSE M. FURMAN
United States District Judge