UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

PATRICK DONOHUE, individually and as Parent and Natural Guardian of S.J.D.,

Plaintiffs,

-v-

KAMAR H. SAMUELS et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-5329 (JMF)
(and all consolidated cases)

ORDER

JESSE M. FURMAN, United States District Judge:

Some of the Plaintiffs in these cases have filed motions for leave to proceed *in forma pauperis*. *See, e.g.*, *Carrillo et al. v. Samuels et al.*, 26-CV-5330, ECF No. 19 (S.D.N.Y. Sept. 4, 2026). **No later than September 9, 2026**, the DOE shall file a letter on this docket indicating whether it intends to oppose any of these motions and, if so, which ones. If it does not (or fails to file a letter by that date), the Court will grant the motions as unopposed. If the DOE intends to oppose any of the motions, it shall (absent prior leave of Court) file a single, consolidated opposition **no later than September 16, 2026**. No replies may be filed absent prior leave of Court.

SO ORDERED.

Dated: September 4, 2026
New York, New York

JESSE M. FURMAN
United States District Judge