UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK DONOHUE, individually and as Parent and Natural Guardian of S.J.D.,

Plaintiffs,

-v-

KAMAR H. SAMUELS et al.,

Defendants.

---

26-CV-5329 (JMF)
(and all consolidated cases)

ORDER

JESSE M. FURMAN, United States District Judge:

Beginning on September 3, 2026, Plaintiffs in all of these consolidated cases — except the lead case, 26-CV-5329 — filed motions for leave to proceed *in forma pauperis*. *See, e.g., Carrillo et al. v. Samuels et al.*, 26-CV-5330, ECF No. 19 (S.D.N.Y. Sept. 4, 2026). That same day, the Court ordered the DOE to file a letter on this docket no later than September 9, 2026, indicating whether it intended to oppose any of those motions and stated that if DOE failed to file a letter by that date, it would grant the motions as unopposed. *See* ECF No. 82. The DOE has not filed any letter to date. Accordingly, Plaintiffs' motions for leave to proceed *in forma pauperis* are hereby GRANTED as unopposed.

The Clerk of Court is directed to docket this Order in all cases listed in the Appendix to ECF No. 54 and to terminate the identical motions to proceed *in forma pauperis* filed in all cases listed in that Appendix.

SO ORDERED.

Dated: September 10, 2026
New York, New York

JESSE M. FURMAN
United States District Judge