UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK DONOHUE, individually and as Parent and Natural Guardian of S.J.D.,

Plaintiffs,

-v-

KAMAR H. SAMUELS et al.,

Defendants.

26-CV-5329 (JMF)
(and all consolidated cases)

ORDER

JESSE M. FURMAN, United States District Judge:

The parties shall appear for a conference with the Court on **September 29, 2026**, at **3:00 p.m.**, in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY. At that conference, the parties should be prepared to discuss the jointly submitted spreadsheets detailing transportation arrangements and pendency payments for each of the thirty-seven Undisputed iBrain Plaintiffs. *See* ECF Nos. 91, 92.

More specifically, the DOE should be prepared to discuss:

(1) why the column designating the transportation service provider that the Court had ordered filled is blank on the transportation spreadsheet;

(2) what "pending" means in the context of outreach regarding pendency payments;

(3) the legal basis for its required evidence regarding those payments;

(4) what, if any, actions it has taken with respect to Plaintiffs Peralta and Nicholls; and

(5) whether the representations that DOE's counsel made to the Court during the September 2, 2026, conference regarding the issuance of pay memos were accurate.

Plaintiffs should be prepared to discuss what, if any, transportation services included in each Plaintiffs' last unappealed administrative order are not reflected in the transportation spreadsheet.

Additionally, it has come to the Court's attention that Plaintiff Patrick Donohue has recently contacted various members of the Southern District of New York, including one of the undersigned's law clerks, via LinkedIn. Plaintiffs shall be prepared to address those contacts.

**No later than September 28, 2026**, at **10 a.m.**, the DOE shall file on the docket copies of the pay memos and concrete, student-specific plans they prepared and submitted for each Plaintiff. (If the DOE believes such documents can or should be filed under seal or *ex parte*, the DOE should promptly seek appropriate relief.)

SO ORDERED.

Dated: September 23, 2026
New York, New York

JESSE M. FURMAN
United States District Judge