THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Thomas Lindeman**
Phone: (212) 356-0418
tlindema@law.nyc.gov

September 24, 2026

**BY ECF**
Hon. Jesse M. Furman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Donohue, et al v. Samuels, et al,* 26-cv-5329 (JMF)

Dear Judge Furman:

I am a Senior Counsel in the office of Corporation Counsel Steven Banks, attorney for Defendants in the above-referenced action.

I write in response to the Court's September 23, 2026 Order (ECF No. 93) and this Court's direction that "DOE shall file on the docket copies of the pay memos and concrete, student-specific plans they prepared and submitted for each Plaintiff."

First, because student-specific transportation information for each Plaintiff contains personally identifiable information, Defendants respectfully request that they be allowed to file those documents under seal, or alternatively with redactions. Any information is confidential and could be used identify the children of the named Plaintiffs, and should thus remain sealed.

Next, Defendants respectfully request that they be allowed to submit the pay memos for each of the named Plaintiffs to the Court for *in camera* review. DOE considers pay memos to be attorney client communications, created by counsel to advise DOE employees how best to comply with its Court-determined obligations. As such, those documents are privileged. *See e.g., Pritchard v. County of Erie,* 473 F.3d 41 (2d. Cir. 2007) ("When a lawyer has been asked to assess compliance with a legal obligation, the lawyer's recommendation…is legal advice.) To the extent review of those documents is required, *in camera* review is therefore the appropriate placement.

Thus, DOE respectfully requests that it be allowed to file its transportation plans under seal and present its pay memos for *in camera* review.

Thank you for Your Honor's consideration.

Respectfully,

/s________________
Thomas Lindeman
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Cc: all attorneys of record (via ECF)

The DOE is granted leave to file the transportation plans under seal, except that it shall publicly file the plans with any and all personally identifiable information redacted. Additionally, the DOE is granted (at least in the first instance) leave to file the pay memos for in camera review. It shall do so by filing them under seal, with viewing restricted to the Court and the filing party only. (In the event that the DOE is unable to file them in that manner, it may email them to the Court.)

The Clerk of Court is directed to terminate ECF No. 94.

SO ORDERED.

September 25, 2026