UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

PATRICK DONOHUE, individually and as Parent and Natural Guardian of S.J.D.,

Plaintiffs,

-v-

KAMAR H. SAMUELS et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-5329 (JMF)
(and all consolidated and related cases)

ORDER

JESSE M. FURMAN, United States District Judge:

No later than **10:00 a.m.** on **October 5, 2026,** Plaintiffs shall file a letter indicating whether Nicole Lancia remains counsel on these cases (now that she appears to be working at Proskauer Rose LLP) and, if not, whether she should be terminated from the docket.

SO ORDERED.

Dated: October 2, 2026
New York, New York

JESSE M. FURMAN
United States District Judge