LIBERTY & FREEDOM
LEGAL GROUP, LTD

October 5, 2026

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Donohue, et al. v. Samuels, et al.*, No. 1:26-cv-05329 (JMF) (KHP)
*and Related Cases*

Dear Judge Furman:

This firm represents the Plaintiffs in the above-referenced actions. The Plaintiffs respectfully submit this letter in response to the Court's Order dated October 2, 2026 (ECF No. 103), directing the Plaintiffs to file a letter indicating whether Nicole Lancia, Esq. remains counsel on these cases and, if not, whether she should be terminated from the docket.

Ms. Lancia does not remain counsel on these cases. She is no longer associated with Liberty & Freedom Legal Group and is no longer working on these actions or on any of Plaintiffs' other matters. Accordingly, Plaintiffs respectfully request that the Court relieve Ms. Lancia as counsel of record and direct the Clerk of the Court to terminate her appearance and remove her from the docket in the above-referenced action and its related cases.

The Plaintiffs thank the Court for its courtesy and attention to this matter.

Respectfully submitted,

*Rory J. Bellantoni*

Rory J. Bellantoni, Esq.

cc: All counsel of record via ECF.