USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/05/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

DONOHUE, et al.,

Plaintiffs,

-against-

SAMUELS, et al.,

Defendants.

----------------------------------------------------------------X

**26-CV-5329 (JMF) (KHP)**

**ORDER SCHEDULING CASE MAHANGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A Case Management Conference in all related iBrain cases is hereby scheduled for **Wednesday November 18, 2026 at 12:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. **The Clerk of Court is directed to docket this order in all related cases.**

**SO ORDERED.**

DATED: New York, New York
October 5, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge