UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Patrick Donohue, *et al.*,

Plaintiffs,

- against -

Kamar H. Samuels, in his official capacity as the Chancellor of the New York City Department of Education, *et al.*,

Defendants.

------------------------------------------------------------X

26-cv-05329 (JMF)

**NOTICE OF DEFENDANTS' MOTION TO STAY**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of their Motion to Stay the July 31, 2026 Orders and upon all the papers and proceedings had herein, Defendants Kamar H. Samuels, in his official capacity as the Chancellor of the New York City Department of Education and the New York City Department of Education (collectively, "Defendants"), by their attorney, Steven Banks, Corporation Counsel of the City of New York, will move this Court before the Honorable Jesse M. Furman of the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, on a date and at a time to be designated by the Court, for an Order staying the July 31, 2026 Orders and granting Defendants such other and further relief as the Court deems just and proper.

Dated: October 5, 2026
New York, New York

**Steven Banks**
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007

By: *_/s/ Thomas Lindeman_*

Thomas Lindeman, Esq.
Assistant Corporation Counsel
(212) 356-0418
tlindema@law.nyc.gov