UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————X

PATRICK DONOHUE, et al.,

Plaintiffs,

-against-

26-CV-5329 (JMF)

(combined with 53 cases)

KAMAR H. SAMUELS, et al.,

Defendants.

———————————————————————X

# NOTICE OF PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE SEPTEMBER 30, 2026 ORDER (ECF NO. 101), LIMITED TO THE TWO RULE 62.1 INDICATIVE-RULING DETERMINATIONS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support, the Declaration of Jeffrey A. Spinner and exhibits thereto, all pleadings and prior proceedings herein, and the record before the Court, Plaintiffs will move, pursuant to Local Civil Rule 6.3 and the Court's authority to reconsider interlocutory orders, before the Honorable Jesse M. Furman, United States District Judge, at a date and time to be determined by the Court, for an Order reconsidering only the following two determinations in the Court's September 30, 2026 Order (ECF No. 101):

1. Reconsidering the denial of Plaintiffs' motion for an indicative ruling (ECF No. 75), and, upon reconsideration, indicating pursuant to Federal Rule of Civil Procedure 62.1(a)(3) that, if the Second Circuit remands for that purpose, the Court would grant Plaintiffs' requested relief concerning implementation and preservation of the Students' 2026–2027 pendency placements, including the transportation and funding issues addressed in

Plaintiffs' submissions; or, alternatively, indicating that Plaintiffs' motion raises a substantial issue;

2. Separately reconsidering and vacating the portion of ECF No. 101 granting DOE's alternative motion for an indicative ruling (ECF No. 65) concerning the pendency placements of T.A-N. (Nicholls, 26-cv-05638) and C.P. (Peralta, 26-cv-05405), and denying DOE's alternative request for an indicative ruling, without disturbing the Court's denial of DOE's underlying motion for reconsideration;
3. Granting such other and further relief as the Court deems just and proper, including any directions necessary to effectuate Federal Rule of Civil Procedure 62.1 and Federal Rule of Appellate Procedure 12.1 in connection with an indicative ruling favorable to Plaintiffs.

Dated: October 14, 2026
New York, New York

Respectfully submitted,

**LIBERTY & FREEDOM LEGAL GROUP, LTD.**
Attorneys for Plaintiffs

By: **/s/ Jeffrey A. Spinner**
Jeffrey A. Spinner, Esq.
105 East 34th Street, Suite 190
New York, New York 10016
Telephone: (646) 850-5035
Email: jeff@pabilaw.org