UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK DONOHUE, individually and as Parent and Natural Guardian of S.J.D., Plaintiffs, -v- KAMAR H. SAMUELS et al., Defendants. | 26-CV-5329 (JMF) ORDER |

JESSE M. FURMAN, United States District Judge:

As an exercise of its discretion, the Court hereby GRANTS Defendants' motion to stay the Court's July 31, 2026 Orders as they relate to Plaintiffs in *Nicholls v. Samuels*, 26-CV-5638, and *Peralta v. Samuels*, 26-CV-5405, substantially for the reasons set forth in Defendants' memorandum of law. *See* ECF No. 108. The stay will expire automatically should Defendants fail to file a motion for limited remand in the Second Circuit within fourteen days of the date of this Order. Should the Second Circuit deny any such motion, the parties should promptly confer and advise the Court of their views on whether the stay should be lifted.

The Clerk of Court is directed to terminate ECF No. 107 and to docket this Order in *Nicholls v. Samuels*, 26-CV-5638, and *Peralta v. Samuels*, 26-CV-5405 as well.

SO ORDERED.

Dated: October 27, 2026
New York, New York

JESSE M. FURMAN
United States District Judge