UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

PATRICK DONOHUE, individually and as Parent and Natural Guardian of S.J.D.,

Plaintiffs,

-v-

KAMAR H. SAMUELS et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-5329 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On October 27, 2026, the Court granted Defendants' motion to stay the Court's July 31, 2026 Orders as they relate to Plaintiffs in *Nicholls v. Samuels*, 26-CV-5638, and *Peralta v. Samuels*, 26-CV-5405, and ordered Defendants to file a motion for limited remand in the Second Circuit by November 10, 2026. *See* ECF No. 118. No later than November 13, 2026, Defendants shall file a letter indicating whether they filed such a motion in the Second Circuit and, if not, whether the stay should be lifted.

The Clerk of Court is directed to docket this Order in *Nicholls v. Samuels*, 26-CV-5638, and *Peralta v. Samuels*, 26-CV-5405 as well.

SO ORDERED.

Dated: November 12, 2026
New York, New York

JESSE M. FURMAN
United States District Judge