THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**Thomas Lindeman**
Phone: (212) 356-0418
tlindema@law.nyc.gov

November 13, 2026

**BY ECF**
Hon. Jesse M. Furman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Donohue, et al v. Samuels, et al,* 26-cv-5329 (JMF)

Dear Judge Furman:

I am a Senior Counsel in the office of Corporation Counsel Steven Banks, attorney for Defendants in the above-referenced action.

I write in response to the Court's November 12, 2026 Order (ECF No. 119) to inform the Court that Defendants filed motions for limited remand of the pending appeals of Plaintiffs Peralta and Nicholls on November 4, 2026. Those motions are docketed as ECF No. 34 in *Peralta v. Samuels,* 26-2163 and ECF No. 36 in *Nicholls v. Samuels,* 26-2188.

Thank you for Your Honor's consideration of this submission.

Respectfully,

/s_________________
Thomas Lindeman
Senior Counsel
New York City Law Department
100 Church Street
New York, NY 10007

Cc: all attorneys of record (via ECF)